**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHANG DONG,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. EDCV 26-0887 MRA (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and no objections having been received, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the above-captioned case is hereby DISMISSED without prejudice. IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondents.

DATED: September 3, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE