JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ZHANG DONG,

Petitioner,

v.

D. MARIN, et al.,

Respondents.

Case No. EDCV 26-0887 MRA (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 3, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE